# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | |
| Plaintiff, | **Civil Action No. 2:15-cv-998-JRG-JRP** |
| v. | **CONSOLIDATED LEAD CASE** |
| **NVIDIA CORPORATION,** *et al.,* | |
| Defendants. | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Display Technologies, LLC ("Plaintiff") and Defendant Samsung Electronics America, Inc.'s ("Defendant") (collectively, the "Parties"), Joint Motion to Dismiss.

The Court, having considered the Parties' Motion, finds that the Motion should be GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims in this action against Defendant are dismissed WITH prejudice.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's counterclaims in this action against Plaintiff are dismissed WITHOUT prejudice.

IT IS FURTHER ORDERED that each party shall bear its own costs, expenses, and all attorneys' fees.

SO ORDERED.

SIGNED this 22nd day of March, 2016.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE